# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| RANSOME GROUP INVESTORS I, LLLP, | ) | Case No.: 3:09-bk-5138 |
| | ) | Chapter 7 |
| Involuntary Debtor. | ) | |
| | ) | |

## ORDER ON RANSOME GROUP INVESTORS I, LLLP'S MOTION TO DISMISS INVOLUNTARY PETITION

This Chapter 11 case is before the Court upon the motion of Ransome Group Investors I, LLLP ("RGI"), to dismiss the involuntary petition filed by petitioning creditor, The Ransome Development Company, LLC n/k/a CFL Development Company, LLC ("Ransome Development"). A Preliminary Hearing took place on September 16, 2009 and based on the presentations and arguments of counsel, it is ORDERED:

1. The parties shall have through October 12, 2009 to submit legal briefs and arguments on the issue of whether Ransome Development's judgment is subject to a bona fide dispute within the meaning of § 303 of the United States Bankruptcy Code. Such briefs shall be no more than 20 pages in length.

2. This involuntary case shall be set for a one and one-half day trial after 90 days which trial will be noticed and set by separate order.

DATED this 25 day of September, 2009, in Jacksonville, Florida.

Paul M. Glenn
Chief United States Bankruptcy Judge


Copies furnished to:

Office of the United States Trustee
135 W. Central Boulevard, Room 620
Orlando, Florida 32801

Bradley R. Markey, Esq.
Stutsman Thames & Markey, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202

Jason B. Burnett, Esq.
Gray Robinson
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202

75031